1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                            EASTERN DISTRICT OF CALIFORNIA

9

SHIRLEY HALE,                     )              1:05cv0780 REC DLB
10                                      )
                                        )              ORDER TO SHOW CAUSE
11                                      )
                                        )
12          Plaintiff,                  )
                                        )
13          vs.                         )
                                        )
14   JO ANNE BARNHART, Commissioner,    )
                                        )
15                                      )
            Defendant.                  )
16   _____)

17          On June 14, 2005, Plaintiff filed the present action in this Court.  Plaintiff seeks review of the

18   Commissioner's denial of her application for benefits.  On June 15, 2005, the Court issued a

19   Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall

20   file and serve a copy of the administrative record which shall be deemed an answer to the complaint.

21   The Order also provides that within 30 days after service of the administrative record, Plaintiff shall

22   serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond

23   to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of

24   Defendant's response, Plaintiff must file and serve an opening brief.

25          On November 21, 2005, Defendant lodged the administrative record.  Pursuant to the

26   Scheduling Order, Plaintiff was required to file her brief on or before January 21, 2006.  Plaintiff has

27   failed to file her brief.

28                                            1

Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be dismissed for failure to comply with the June 15, 2005, Scheduling Order.  Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.   If Plaintiff desires more time to file her brief, she should so state in her response.

Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:    April 25, 2006**                                                    **/s/ Dennis L. Beck**

3b142a                                                                          UNITED STATES MAGISTRATE JUDGE

2