1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 Shirley Hale                )
                               )   1:05-CV-780 REC DLB
11                             )
           Plaintiff,          )   STIPULATION AND ORDER TO DISMISS
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
           Defendant.          )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on June 14, 2005 on behalf of Plaintiff be dismissed.  After thorough review of

20 the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.

21 Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

22      Dated: May 12, 2006          /s/ Gina Fazio

23                                   GINA FAZIO, ESQ.
                                     Attorney for Plaintiff
24
        Dated: May 18, 2006
25                                   MCGREGOR SCOTT
                                     United States Attorney
26
                                     By: /s/ Kimberly A. Gaab
27                                   (as authorized via facsimile)
                                     KIMBERLY A. GAAB
28                                   Assistant U.S. Attorney

1
2      IT IS SO ORDERED.
3      Dated:   May 25, 2006                    /s/ Dennis L. Beck
       3c0hj8                           UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28